---o---

HEZEKIAH PRICE, Plaintiff in Error, vs. W. B. BROWN, Defendant in Error.

1. *Supreme Court—Judgment—Failure of record to show.*—Where the record fails to show a judgment in the court below, a writ of error will be dismissed.

*Error to Morgan Circuit Court.*

*Ewing & Smith,* for Plaintiff in Error.

*Stover & Neilson, with J. W. Draffin,* for Def. in Error.

NORTON, Judge, delivered the opinion of the court.

This case is brought here by writ of error from the circuit court of Morgan county.

The record failing to show any judgment, the writ of error will be dismissed. (*Ex parte* Spencer, 61 Mo. 375; Dale vs. Copple, 53 Mo. 321 ; Silvey vs. Sumner, 51 Mo. 199.)

All the other judges concur, except Judge Wagner, who is absent.